FILED
CLERK, U.S. DISTRICT COURT

JAN 1 2 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| LINDA SHARAFI and RAYMOND GHERMEZIAN, individuals,<br><br>Plaintiff(s),<br><br>vs.<br><br>DIANA ELLEN FALK, an individual, and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No.: CV11-4963-SVW (SSx)<br>[Hon. Stephen V. Wilson]<br><br>[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE<br><br>FED. R. CIV. PRO. 41 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Having read and considered the instant Joint Stipulation to Dismiss Action with Prejudice, the instant Joint Stipulation is hereby **GRANTED.**

The Complaint, and all claims and counterclaims contained therein, is hereby **DISMISSED WITH PREJUDICE** as of this date, subject only to this Court's retaining jurisdiction for the limited purpose of enforcing the terms of the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: 1/12/ , 2012

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT COURT

3

JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE